Edgar C. Smith, Esq.
State Bar No. 5506
BUCKLEY MADOLE, P.C.
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 388-0040
Facsimile: (702) 388-1699
Attorney for Plaintiff Wells Fargo Bank, N.A. as Trustee

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION (SASCO), MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC1, | Case No.: 2:10-CV-01546-JCM-GWF  JUDGMENT FOR DECREE OF QUIET TITLE |
| Plaintiff, | |
| -vs- | |
| UNITED STATES OF AMERICA; TRISHA VASQUEZ, an individual; ANTHONY K. FORES, an individual; MARILOU FORES, an individual; ANTHONY K. FORES and MARILOU FORES, husband and wife, | |
| Defendants | |

The court, having considered the Plaintiff's Motion for Judgment on the Pleadings as to Trisha Vasquez, and Application for Default Judgment as to Defendants Anthony K. Fores, and Marilou Fores; and no opposition having been filed; and upon consideration of the moving papers, exhibits, and the court's files in this matter, and good cause appearing;

Ordered, Plaintiff is granted a decree of quiet title as to the Defendants Trisha Vasquez, Anthony K. Fores and Marilou Fores, their successors and assigns, as to the real property and improvements thereon commonly known as 7811 Harp Tree Street, Las Vegas, Nevada 89139, Assessor's Parcel No. 176-12-311-086, as more fully described on Exhibit A hereto ("the Property.")

1

1	Ordered, that certain deed of trust dated November 13, 2006, wherein the trustor is
2	identified as "Trisha Vasquez, a married woman, as her sole and separate property"; the lender is
3	identified as "BNC Mortgage Corporation, Inc., a Delaware corporation"; the beneficiary is
4	identified as "Mortgage Electronic Registration Systems, Inc."; and the trustee is identified as
5	"T.D. Service Company"; and which trust deed was recorded as instrument no. 20061117-
6	0004576 on November 17, 2006 in the office of the County Recorder for Clark County, Nevada
7	("the Deed of Trust") is declared to be senior and paramount in the chain of the title to the
8	Property to the interests of these Defendants, and each of them.
9	Ordered, that certain quitclaim deed recorded as instrument no. 20040610-0002016 on
10	June 10, 2004 in the office of the County Recorder for Clark County, Nevada and purportedly
11	conveying an interest in the Property from Victor B. DeGuzman and Trisha Vasquez as grantors,
12	to Aaron D. Vasquez, Trisha Vasquez, Anthony K. Fores and Marilou G. Fores as grantees ("the
13	Quitclaim Deed") is declared to be without legal force or effect, the Plaintiff having presented
14	proof that Defendant Trisha Vasquez signed the Quitclaim Deed in error, and without intent to
15	convey an interest in the Property.
16	On February 3, 2013, the court's order approving the stipulation made between the
17	Plaintiff and the Defendant United States of America as document no. 23, and that order is
18	incorporated into this Judgment.
19	All other claims for relief are dismissed.  Plaintiff shall bear its own costs and attorney's
20	fees incurred in this matter.
21	Dated July 5, 2013.                             _____
                                                          UNITED STATES DISTRICT COURT JUDGE
22	Submitted by:
23	BUCKLEY MADOLE, P.C.
24	
    /s/ *Edgar C. Smith*_____
25	Edgar C. Smith, Esq.
    State Bar No. 5506
26	1635 Village Center Circle, Suite 130
27	Las Vegas, Nevada 89134
    Telephone: (702) 425-7267
28	Facsimile (702) 425-7267
    Ed.Smith@BuckleyMadole.com

2

**EXHIBIT A**

The real property is further described as:

    PARCEL I:

LOT EIGHT-SIX (86) IN BLOCK FOUR (4) OF VALENCIA, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 44, IN THE OFFICE OF THE COUNTY RECORDER FOR CLARK COUNTY, NEVADA

PARCEL II:

AN EASEMENT FOR INGRESS AND EGRESS OVER PRIVATE STREETS AND COMMON AREAS AS SHOWN AND DELINEATED ON SAID MAP

    A.P.N. # 176-12-311-086